ACCEPTED
03-15-00074-CV
6445551
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 1:50:11 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00074-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 1:50:11 PM
JEFFREY D. KYLE
Clerk

**CORPSOL, INC., CORPORATE SOLUTIONS, INC.,
CORPORATE SOLUTIONS SERVICES, INC., AND 4XE, INC.**

*Appellants*

**v.**

**TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION,**

*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-09-001428
250TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. JOHN DIETZ PRESIDING

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants CorpSol, Inc., Corporate Solutions, Inc., Corporate Solutions Services, Inc., and 4XE, Inc., file this second motion requesting a thirty-day extension of time for filing their opening brief in the above-referenced appeal. Appellants respectfully show:

1.    Appellants' brief is currently due on August 12, 2015.

2.     Appellants request a 30-day extension of time, or until September 11, 2015, for filing their brief. Appellants have requested only one previous extension.

3.     The demands of other cases have prevented the undersigned from completing the brief by the current deadline. More specifically, the undersigned has been occupied with the following matters:

- finalizing and filing a petition for review in *Tom Bennett and James B. Bonham Corp. v. Larry Wayne Grant*, No. 15-0338 in the Supreme Court of Texas;

- preparing and filing cross-appellant's reply brief in *Microsoft Corp. v. Michael Mercieca*, No. 14-15-00024-CV in the Fourteenth Court of Appeals;

- preparing a reply in support of relator's mandamus petition in *In re Brad Haskins and Sue Miller*, No. 03-15-00406-CV before this Court;

- appearing as lead counsel and preparing a motion for rehearing and motion for reconsideration en banc on behalf of the real party in interest in *In re Seton Northwest Hospital, et al.*, No. 03-15-00269-CV before this Court;

- preparing and filing an amended plea to the jurisdiction and a motion to compel arbitration and attending hearings in *North Austin Muslim Community Center, Inc. v. Professional StruCIVIL Engineering, Inc. and Mirza Tahir Baig*, No. D-1-GN-15-001715 in the 345th Judicial District Court of Travis County, Texas; and

- considering the prospects for a motion for rehearing or motion for reconsideration en banc in *Richard Patrick Fagerberg v. Steve Madden, Ltd., SXSW, Inc., and W3 Event Specialists, Inc.*, No. 03-13-00286-CV before this Court.

In addition, the undersigned was on a family trip out of state from July 21 through July 28, was out of the office at a conference on August 6 and August 7, and has now departed for a family vacation until August 18, 2015.

4.      This case has not been set for submission. Therefore, no unnecessary delay will result from the granting of this extension.

5.      Appellee does not oppose the relief sought in this motion.

**CONCLUSION AND PRAYER**

For these reasons, appellants respectfully request that the Court grant this motion for extension of time, thus making their opening brief due on September 11, 2015. Appellants request all other appropriate relief to which they are entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

*/s/D. Todd Smith*
D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com
Brandy Wingate Voss
State Bar No. 24037046
brandy@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

*Counsel for Appellants CorpSol, Inc.,*
*Corporate Solutions, Inc., Corporate*
*Solutions Services, Inc., and 4XE, Inc.*

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with appellee's lead counsel, Dan Price, about this motion. Mr. Price informed me that appellee does not oppose the relief requested in this motion.

*/s/ D. Todd Smith*
D. Todd Smith

## CERTIFICATE OF SERVICE

On August 11, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service and e-mail to:

Dan J. Price
STONE LOUGHLIN & SWANSON LLP
P.O. Box 30111
Austin, Texas 78755
dprice@slsaustin.com
*Counsel for Appellee*

*/s/D. Todd Smith*
D. Todd Smith
